# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MONTGOMERY | CIVIL ACTION |
| VERSUS | 20-235-SDD-RLB |
| COMENITY BANK | |

## RULING

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated September 28, 2020, to which no objection has been filed, hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Motion to Remand*[3] is hereby DENIED.

Signed in Baton Rouge, Louisiana the ~~19th~~ 20th day of October, 2020.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 6.
[2] Rec. Doc. 16.
[3] Rec. Doc. 6.