UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MONTGOMERY | CIVIL ACTION |
| VERSUS | |
| COMENITY BANK | 20-235-SDD-RLB |

## RULING

The Court has carefully considered the *Motion*[1], the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated January 19, 2021, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's herein.

**ACCORDINGLY**, the *Motion to Compel Arbitration and to Dismiss Plaintiff's Claims*[3] is hereby DENIED..

Signed in Baton Rouge, Louisiana on March 2, 2021.

*[signature]*

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 14.
[2] Rec. Doc. 21.
[3] Rec. Doc. 14.