# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MONIQUE MONTGOMERY

VERSUS

COMENITY BANK, N.A.

CIVIL ACTION

20-235-SDD-RLB

## RULING

The Court has carefully considered the *Motion,*[1] the record, the law applicable to this action, the *Report and Recommendations*[2] dated July 27, 2022 and the *Supplemental Report and Recommendations*[3] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated August 3, 2022. Plaintiff filed a *Response in Opposition*[4] and *Response to Objection,*[5] to which Defendant filed a *Response in Opposition*[6] and *Response to Objections,*[7] and have been duly considered.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Defendant's Motion to Dismiss and Motion for Sanctions[8] against Monique Montgomery is GRANTED IN PART and DENIED IN PART.

**IT IS FURTHER ORDERED** that Plaintiff's action be DISMISSED WITH PREJUDICE. Pursuant to Rule 37(b)(2)(C), Defendant is entitled to an award of the

---

[1] Rec. Doc. 82.
[2] Rec. Doc. 92.
[3] Rec. Doc. 94.
[4] Rec. Doc. 95.
[5] Rec. Doc. 96.
[6] Rec. Doc. 97.
[7] Rec. Doc. 98.
[8] Rec. Doc. 82.

reasonable attorney's fees and costs, as written. Consistent with the Court's April 13, 2022 Order,[9]  Defendant is awarded $900 in connection with the denial of Plaintiff's Motion for Protective Order.[10]

**IT IS FURTHER ORDERED** that Defendant, pursuant to Rule 37(b)(2)(C), is awarded attorneys fees and costs in the amount of $15,455.66.

Signed in Baton Rouge, Louisiana the  7th  day of November, 2022.

*[signature: Shelly D. Dick]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[9] Rec. Doc. 78.
[10] Rec. Doc. 74.